UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA MAGALLANES CASTRO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES,<br><br>　　　　　Defendant. | No. 2:22-cv-02112-TLN-DB<br><br>**ORDER** |

　　　Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On August 15, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff did not file objections to the findings and recommendations.

　　　The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed August 15, 2023 (ECF No. 4) are ADOPTED IN FULL.
2. This action is DISMISSED without prejudice for failure to prosecute. *See* Local Rule 183(b).
3. Plaintiff's motion to proceed in forma pauperis is DENIED as moot.
4. The Clerk of the Court is directed to close this case.

Date:  September 11, 2023

_____
Troy L. Nunley
United States District Judge

2